IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| STEVEN MOORE, | : | Case No. 1:20-cv-580 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| INTEGRA LIFESCIENCES CORP., | : | |
| | : | |
| Defendant. | : | |
| | : | |

ORDER OVERRULING OBJECTION (Doc. 12) AND ADOPTING
REPORT AND RECOMMENDATION (Doc. 10)

This case is before the Court upon the Report and Recommendation ("R&R") (Doc. 10) entered by United States Chief Magistrate Judge Karen L. Litkovitz. Defendant Integra Lifesciences Corp. filed Objections (Doc. 12) to the R&R, solely with respect to the disposition of Plaintiff's claim for wrongful termination in violation of public policy. Plaintiff did not file a response to the Objections and the time do so has expired, making this matter ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Defendant's Objections are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation in its entirety and rules as follows:

1. Defendant's Motion to Dismiss (Doc. 5) is **DENIED** as moot;

2. Defendant's Amended Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Doc. 6) is **GRANTED** in part and **DENIED** in part.

    a. Defendant's Motion to Dismiss Count I of Plaintiff's Complaint, Wrongful Termination in Violation of Public Policy, is **DENIED**; and

    b. Defendant's Motion to Dismiss Count II of Plaintiff's Complaint, Negligent Retention, is **GRANTED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND